# United States Court of Appeals for the Fifth Circuit

———————————

No. 25-40530
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

May 7, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Bianca Ivette Jimenez,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:22-CR-5-2

———————————————————————

Before Richman, Southwick, and Willett, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Bianca Ivette Jimenez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Jimenez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-40530

with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

We note that during the pendency of this appeal, the district court granted Jimenez's motion for a sentence reduction under Federal Rule of Criminal Procedure 35(b).  No notice of appeal or motion to remand has been filed since the order granting the motion for a sentence reduction was entered.  Accordingly, we have considered only the appeal of the judgment imposing the 84-month sentence.